UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PALM BEACH DIVISION

CASE NO.: 14-80003-CIV-RYSKAMP\HOPKINS

ALVIN I MALNIK,

    Plaintiff
vs.

YRC, INC., TRU-PAK MOVING SYSTEMS, INC.,
and FREIGHTZ TRANSPORTATION, INC.

    Defendants.
_____/

**TRU-PAK'S RESPONSE TO PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

    Defendant, TRU-PAK MOVING SYSTEMS, INC., (hereinafter "TRU-PAK"), by and through its undersigned counsel, files herewith its Response to Plaintiff's Motion for Extension of Time to File an Amended Complaint, and states:

    1.    TRU-PAK has no objection to the relief requested in Plaintiff's Motion for Extension of Time to file Amended Complaint [DE 10].

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court via CM/ECF on this 7th day of May, 2014.  I also certify that the foregoing document is being served on all counsel of record or pro se parties identified on the following service list in the manner specified, either via transmission of Notices of Electronic Filing generated  or in some

other authorized manner for those counsel of parties who are not authorized to receive Notices of Electronic Filing.

By: /s/ HEIDI M. ROTH
Heidi M. Roth, Esquire
Florida Bar No.: 356034
Heidi M. Roth, P.A.
Attorneys for TRU-PAK
2525 Ponce de Leon Blvd. Suite 300
Coral Gables, Florida  33134
E-mail:  heidirothpa@aol.com
Telephone: (305) 445-8840
Telecopier: (305) 446-7566

## SERVICE LIST

**David M. Goldstein, Esquire**
**Kenneth C. Terrell, Esquire**
Law Office of David M. Goldstein, P.A.
Attorney for Plaintiff
12000 Biscayne Boulevard, Suite 802
North Miami, FL 33181
Email: david @dmgpa.com
         kcterrell@bellsouth.net
Phone:  305-372-3535
Fax:     305-577-8232

**Hyman Hillenbrand, Esquire**
Hillenbrand, O'Brien & Solomon, LLP

Attorney for YRC and FREIGHTZ

8751 W Broward Boulevard, Suite 106
Fort Lauderdale, FL 33324
Email: hhillenbrand@ustransportlaw.com
Phone: 954-652-0100
Fax:   954-652-0103